BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHUGERT,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *and* DOES 1-10,<br><br>    Defendants. | CASE NO.: 2:10-CV-1679 KJM EFB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINE** |

    Plaintiff Michael Shugert and Defendant United States hereby stipulate, subject to approval of the Court, to extend the deadline for completion of all expert discovery from March 16, 2012, to April 13, 2012.

    Each of the parties has retained an expert urologist and have exchanged expert reports. Although the parties were scheduled to complete their depositions of these experts by March 15, 2012, the parties have run into scheduling problems, including the fact that counsel for the United States must attend a funeral in Texas on March 7, 2012 and will be out of the office much of this week. The parties will complete their expert depositions no later than April 13, 2012, and do not request the modification of any other deadlines in the Court's Status Order (Docket No. 17).

//

//

| | | |
|---|---|---|
| 1 | DATED:  March 5, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | |
| | | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States of America |
| | | |
| 6 | DATED:  March 5, 2012 | */s/ Conal Doyle*<br>CONAL DOYLE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

Date:  March 12, 2012.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND
EXPERT DISCOVERY DEADLINE               -2-