IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SHUGERT,

      Plaintiff,                    No. 2:10-cv-1679 KJM EFB

     vs.

THE UNITED STATES OF AMERICA,

      Defendant.              ORDER RE SETTLEMENT & DISPOSITION

/

     Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on June 28, 2012, the court has determined that the above-captioned case has settled.

     The court now orders that dispositional documents are to be filed not later than one hundred twenty (120) days from the date of this order.

     All hearing dates set in this matter, including the July 19, 2012 Pretrial Conference, are **VACATED.**

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4  IT IS SO ORDERED.
5  DATED: June 28, 2012.
6  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE