1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL SHUGERT,

11              Plaintiff,              No. 2:10-cv-1679 KJM EFB

12       vs.

13   THE UNITED STATES OF AMERICA,

14              Defendant.              <u>ORDER RE SETTLEMENT & DISPOSITION</u>
                                   /

15

16       Pursuant to the representations of counsel for the parties at a Settlement Conference

17   conducted in Chambers on June 28, 2012, the court has determined that the above-captioned case

18   has settled.

19       The court now orders that dispositional documents are to be filed not later than one

20   hundred twenty (120) days from the date of this order.

21       All hearing dates set in this matter, including the July 19, 2012 Pretrial Conference, are

22   **VACATED.**

23   ////

24   ////

25   ////

26   ////

1

1       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4       IT IS SO ORDERED.

5  DATED:  June 28, 2012.

6                EDMUND F. BRENNAN
                   UNITED STATES MAGISTRATE JUDGE